159 A.3d 1283

IN THE MATTER OF CHRISTOPHER M. MANGANELLO, AN ATTORNEY AT LAW (ATTORNEY NO. 019821998)

May 19, 2017

**ORDER**

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 16–382 of **CHRISTOPHER M. MANGANELLO** of **PITMAN,** who was admitted to the bar of this State in 1998;

And the District IV Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed

that respondent violated *RPC* 1.3 (lack of diligence), *RPC* 1.4(c)(failure to explain the matter to allow the client to make informed decisions about the representation), *RPC* 1.5(b)(failure to memorialize the rate or basis of the fee), *RPC* 1.16(d)(failure to return the client's file), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(c), *RPC* 1.5(b), *RPC* 1.16(d), *RPC* 3.2, and *RPC* 8.4(c), and that said conduct warrants a censure or such lesser discipline as the Board deems appropriate;

And the Disciplinary Review Board having determined to dismiss the stipulated *RPC* 3.2 violation, finding that there was no litigation and that the charge is reserved for attorneys who attempt to impede the progress of matters already before the Court;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. VI–2015–0054E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **CHRISTOPHER M. MANGANELLO** of **PITTMAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.